UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        Case No. 11-20551-22-31

DAMON MASON et al.,

    Defendants.
                                                   /

**ORDER SUSPENDING BRIEFING ON DEFENDANTS' MOTIONS**

On May 20, 2014, the court conducted a status conference with Government counsel and Defense counsel for the Defendants in Group 2B (Defendants numbered 22 through 31). During the conference, counsel informed the court of ongoing negotiations and agreed to set a motion cutoff date of August 15, 2014. In light of these negotiations, counsel agreed that it would be prudent to suspend further briefing on any motions filed by Defendants in Group 2B pending the motion cutoff date. The suspension of briefing applies to all motions filed before August 15, 2014—those that have already been filed and those that have yet to be filed. Accordingly,

IT IS ORDERED that briefing on all pending motions(Dkt. ## 646, 648, 649, 650, 651, 653, 655, 656, 657, 658, 667,) is SUSPENDED until **August 15, 2014**. Unless otherwise ordered, responses for all motions, and all future motions filed before August 15, 2014 shall be due by **September 5, 2014**.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: May 23, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 23, 2014, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522