## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

United States of America,

    Plaintiff,                                      Case No. 11-cr-20551-22
                                                          Hon. Robert H. Cleland

vs.

D-22 – Ravi Iyer

_____/

### ORDER GRANTING SUBSTITUTION OF ATTORNEY

Upon Stipulation of both counsel and with written approval of Defendant, Ravi Iyer, IT IS ORDERED that Justin Dillon, State Bar No. DC #502322, is substituted as counsel of record in place of John D. Dakmak.

The court grants such substitution on the assumption that new counsel is fully familiar with the case and fully prepared to proceed without delay, Accordingly,

IT IS FURTHER ORDERED that there shall be no extension of time afforded as a result of such substitution.


Dated:  July 7, 2014                          s/Robert H. Cleland
                                                Honorable Robert H. Cleland
                                                United States District Judge

2

| **The Kaiser Law Firm, PLLC** | **CLARK HILL PLC** |
|---|---|
| s/with consent of Justin Dillon | s/John D. Dakmak |
| Justin Dillon (DC#502322)) | John D. Dakmak (P58210) |
| Attorney for Defendant Ravi Iyer | Attorney for Defendant Ravi Iyer |
| 1400 Eye St NW, Suite 525 | 500 Woodward Ave, Suite 3500 |
| Washington DC 20005 | Detroit, MI 48226 |
| (202) 640-2850 | (313) 965-8288 |
| jdillon@tklf.com | jdakmak@clarkhill.com |

201060528.1 42510/162700